UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD GOULD d/b/a/ MACSIMUM ENTERTAINMENT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:10-CV-1114 CAS |
| LIL BOW WOW, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court for examination pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff commenced this action on June 22, 2010, naming, among others, Shad Gregory Moss as a defendant. A review of the Court file shows that this defendant has not been served in this matter nor has service been waived on his behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint. The Rule 4(m) period for service expires in this case has expired. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall cause service to be effected upon defendant Shad Gregory Moss not later than December 6, 2010, and plaintiff shall timely file returns of summons. In the absence of good cause shown, failure to timely serve said defendant shall result in dismissal of this defendant without prejudice.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  22nd  day of November, 2010.